**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Newark, NJ**

CHERYL SURITA

                                Plaintiff,

v.                                           Case No.:
                                                2:20–cv–02328–WJM–MF
                                                Judge William J. Martini

NIAGARA CREDIT SOLUTIONS,
INC., et al.

                                Defendant.

**Order For Dismissal Pursuant to L.Civ.R. 41.1(a)**

   It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 16th day of February, 2021,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.


                    /s/ William J. Martini
                    _____
                    WILLIAM J. MARTINI United States District Judge